No. 13,066.

Ernst *v.* American Surety Company.
(27 P. [2d] 1115)

Decided November 27, 1933.

Mr. W. R. Ramsey, for plaintiff in error.

No appearance for defendant in error.